WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS H. KOORNDYK,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BMW FINANCIAL SERVICES NA, LLC; WESTLAKE FINANCIAL SERVICES; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC<br><br>Defendants. | Case No. 2:17-CV-00903<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Louis H. Koorndyk ("Koorndyk" or "Plaintiff"), by and through its attorney of record, David H. Krieger, Esq. of the law firm of Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Lindsay D. Robbins, Esq. of the law firm

///
///
///
///

Wright, Finlay & Zak, LLP, in order to discuss possible resolution of the matter, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, to **May 25, 2017.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 18th day of April, 2017.          DATED this 18th day of April, 2017.

**HAINES & KRIEGER, LLC**                    **WRIGHT, FINLAY & ZAK, LLP**

/s/ *David H. Krieger, Esq.*                 /s/ *Lindsay D. Robbins, Esq.*
_____                  _____
David H. Krieger, Esq.                       Dana Jonathon Nitz, Esq.
Nevada Bar No. 9086                          Nevada Bar No. 0050
8985 S. Eastern Ave., Suite 350              Lindsay D. Robbins, Esq.
Henderson, Nevada 89123                      Nevada Bar No. 13474
Phone: (702) 880-5554                        7785 W. Sahara Ave., Suite 200
Fax:   (702) 385-5518                        Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Louis H. Koorndyk* Phone: (702) 475-7964
                                             Fax:   (702) 946-1345
                                             *Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## ORDER

IT IS SO ORDERED.

Dated this 19th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Lindsay D. Robbins, Esq.*
_____
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that service of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT** was made on this 18th day of April, 2017 to all parties and counsel as identified on the CM/ECF Notice of Electronic Filing system, and/or by depositing a true and correct copy in the United States Mail, addressed as follows:

**David H. Krieger**
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff*

   */s/ Desiree Staggs*
   An Employee of WRIGHT, FINLAY & ZAK, LLP